HERRICK, J. I concur. See Bank v. O'Rorke, 6 Hun, 19; Becker v. Weisner, 22 Alb. Law J. 156.

PUTNAM, J., concurs.

---

### SHELDON v. HEATON.

(Supreme Court, General Term, Third Department.    May 26, 1894.)

Appeal from special term, Clinton county.
Action by John J. Sheldon against Rufus Heaton. From an order striking out of defendant's answer the denial, defendant appeals. Reversed.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

J. B. Stearns (G. H. Beckwith, of counsel), for appellant.
Wilmer H. Dunn, for respondent.

MAYHAM, P. J. The same question raised in this appeal was raised and disposed of in an appeal between the same parties, standing No. 13 on this calendar. 29 N. Y. Supp. 275. No opinion is required on this appeal. The order of the special term is reversed, with $10 costs and printing disbursements, and $10 costs of special term, to the defendant. All concur.